NOVEMBER 20, 2002

No. 02–7523 (02A411). IN RE CHAPPELL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–7524 (02A412). CHAPPELL v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 02–7527 (02A413). CHAPPELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 27, 2002

No. 02A436. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. KING. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit on November 26, 2002, presented to JUSTICE KENNEDY, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

DECEMBER 2, 2002

No. 02–121. KLAUSER, WARDEN v. GRAY. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Early* v. *Packer, ante,* p. 3.

No. 02–5161. TORRES-SORIA v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case re-